UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Andrew Stephen Williams,

Petitioner,

v.

State of Minnesota, Ramsey County, Second Judicial District Court, Sheriff's Department, County Social Services, First Judicial District Court, Shireen Gandhi, Direct Care and Treatment, and the Executive Director of the Minnesota Sex Offender Program,

Respondents.

File No. 26-CV-2595 (ECT/JFD)

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

---

Magistrate Judge John F. Docherty issued a Report and Recommendation on July 17, 2026. ECF No. 23. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 23] is **ACCEPTED**;

2. Petitioner Andrew Stephen Williams's Motion to Stay Habeas Corpus Petition Pending Rule 60.02 Motion in Minnesota District Court [ECF No. 2] is **DENIED without prejudice**;

3. Mr. Williams's Motion Showing Good Cause and Prejudice [ECF No. 13] is **DENIED without prejudice**;

4. Mr. Williams's alternative request for factual development and an evidentiary hearing under 28 U.S.C. § 2254(e)(2) [ECF Nos. 11, 12] is **DENIED without prejudice** as premature; and

5. Mr. Williams is **ORDERED** to **SHOW CAUSE** in writing within thirty (30) days of the date of this Order why his Petition for Writ of Habeas Corpus [ECF No. 1] should not be dismissed without prejudice for failure to exhaust available state remedies.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 18, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
Chief Judge, United States District Court