UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Andrew Stephen Williams,

Petitioner,

v.

State of Minnesota, Ramsey County, Second Judicial District Court, Sheriff's Department, County Social Services, First Judicial District Court, Shireen Gandhi, Direct Care and Treatment, and the Executive Director of the Minnesota Sex Offender Program,

Respondents.

File No. 26-cv-2595 (ECT/JFD)

**ORDER**

---

In the August 18, 2026 Order Accepting the Report and Recommendation of Magistrate Judge John F. Docherty, Petitioner was ordered to show cause in writing within 30 days why his Petition for Writ of Habeas Corpus should not be dismissed without prejudice for failure to exhaust available state remedies.[1] ECF No. 24. On September 21, 2026, Petitioner filed a set of motions seeking additional time to exhaust state remedies and a ruling on his application to proceed in forma pauperis. ECF No. 29. Petitioner's motions provide little factual basis for his request other than that he "is attempting to locate missing legal documents" related to "(i) the State's prosecution lacking full and fair statement of all the facts, (ii) Petitioner's inability to access the court and present defenses

---

1 After the Order Accepting the Report and Recommendation was issued, Petitioner filed a Motion for Extension of Time to respond to the R&R [ECF No. 26]. Because the Order provided Petitioner with an additional 30 days to show cause, the Motion for Extension will be denied.

and appeals, and (iii) Petitioner's defense of the case in Civil File No.: 62-MH-PR-23-788 was obstructed, impeded, and abandoned by State counsel forced upon Petitioner." *Id.* at 6. However, Petitioner's attempt to locate legal documents does not change the fact that he has yet to exhaust his state remedies. If or when he cures that failure, he may file a new petition.

Therefore, based on the foregoing, and on all the files, records, and proceedings herein, **IT IS ORDERED THAT**:

1. Petitioner Andrew Stephen Williams's Motion for Extension of Time to respond to the R&R [ECF No. 26] is **DENIED**.

2. Petitioner Williams's motions to postpone, to allow him to exhaust state remedies, to amend his Petition, and to obtain a ruling on his application to proceed in forma pauperis [ECF No. 29] are **DENIED**.

3. Petitioner Williams's Petition for Writ of Habeas Corpus [ECF No. 1] and Amended Petition for Writ of Habeas Corpus [ECF No. 10] are **DISMISSED without prejudice** for failure to exhaust available state remedies.

4. Petitioner Williams's application to proceed in forma pauperis [ECF No. 9] is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 1, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
Chief Judge, United States District Court